**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-2136

ALICE L. ROSEBORO,

Plaintiff - Appellant,

v.

COMPORIUM COMMUNICATIONS, Rock Hill Telephone Co; MARY
GRAVELEY; TIFFANY THOMPSON; LOUIS RIDINGER; FRANK MARSHALL;
GLEN MCFADDEN; JEFF BUSHARDT,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.   Margaret B. Seymour, Senior
District Judge.  (0:10-cv-03267-MBS)

Submitted:  January 23, 2014         Decided:  January 27, 2014

Before WILKINSON and DIAZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Alice L. Roseboro, Appellant Pro Se.   Beverly A. Carroll,
HAMILTON MARTENS BALLOU & CARROLL, LLC, Rock Hill, South
Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alice L. Roseboro appeals the district court's order adopting the magistrate judge's recommendation and denying relief in her employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Roseboro v. Comporium Commc'ns, No. 0:10-cv-03267-MBS (D.S.C. Aug. 29, 2013). Roseboro's motion to amend is granted. We grant dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED